UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RAVI KUMAR, Petitioner** | **CIVIL DOCKET NO. 1:20-CV-00971-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN, *ET AL*, Respondents** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 6), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers, this 19th day of October, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE